**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

MADISON ASKINS,

Plaintiff,

v. Case No.: 4:26-cv-00335-RH-MAF

OPENAI FOUNDATION f/k/a OpenAI, Inc.; OPENAI GROUP PBC; OPENAI OPCO, LLC; OPENAI GLOBAL, LLC; OAI INTERNATIONAL, INC., f/k/a OpenAI, LLC; OPENAI HOLDINGS, LLC; and SAMUEL ALTMAN,

Defendants.
_______________________________________/

**PLAINTIFF'S NOTICE OF RELATED CASE**

Plaintiff, Madison Askins, by and through her undersigned counsel, and pursuant to Rule 5.6 of the Northern District of Florida Local Rules, hereby gives notice of the following related cases:

(1) *Joshi v. OpenAI Foundation, et al.*, Case No. 4:26-cv-00222-MW-MJF (N.D. Fla.), filed May 10, 2026.

(2) *Grant v. OpenAI, Inc., et al.*, Case No. 2026-CA-001352 (Fla. 2d Jud. Cir. Ct.), filed June 25, 2026.

(3) *Off. of the Att'y Gen., State of Fla., Dep't of Legal Affairs v. OpenAI Global, LLC, et al.*, Case No. 26000295GCAXMX (Fla. 10th Jud. Cir. Ct.), filed June 1, 2026.

Dated: July 21, 2026.

Respectfully submitted,

**MORGAN & MORGAN, P.A.**

*/s/ Christian M. Leger*
**Christian M. Leger, Esq.**
Florida Bar No.: 100562
20 N. Orange Ave, Suite 1600
Orlando, Florida 32801
Telephone: (689) 256-2102
Primary e-mail: cleger@forthepeople.com
Secondary e-mail:
mcampos@forthepeople.com
*Attorney for Plaintiff*