**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**VANDANA JOSHI,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv222-MW/MJF**

**OPENAI FOUNDATION, et al.**

***Defendants*.**
______________________________/

**ORDER GRANTING EXTENSION**

This Court has considered, without hearing, Defendants OpenAI Foundation, OpenAI Group PBC, OpenAI GP, LLC, Aestas Management Company, LLC, Aestas, LLC, OpenAI Holdings, LLC, OAI Corporation, OpenAI Global Holdco, Inc., OpenAI Global, LLC, OpenAI OPCO, LLC, and OpenAI, LLC's second unopposed motion for extension of time to respond to the complaint. ECF No. 21. The unopposed motion is **GRANTED**. Defendants' deadline to answer or otherwise respond to the complaint is extended to **on or before Friday, September 18, 2026.**

**SO ORDERED on July 13, 2026.**

**s/Mark E. Walker**
**United States District Judge**